UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-20970-Civ-COOKE/TORRES

HYDED TRADING CORP.,

    Plaintiff,

vs.

YACHTBRASIL MOTOR BOATS &
CHARTERS LLC,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT,
YACHTBRASIL MOTOR BOATS & CHARTERS LLC, WITHOUT PREJUDICE**

    COMES NOW, Plaintiff, HYDED TRADING CORP., by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and hereby gives Notice of its Voluntary Dismissal of Claims Against Defendant, YACHTBRASIL MOTOR BOATS & CHARTERS, LLC, without Prejudice. Dismissal without prejudice is appropriate under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure as Defendant has not filed an answer or a motion for summary judgment.

Dated: April 28, 2016

Respectfully submitted,

*/s/ Kristen M. Susik*
Kristen M. Susik (FBN 117974)
Kms@fertig.com
Christopher R. Fertig (FBN 218421)
Chris.fertig@fertig.com
FERTIG AND GRAMLING
200 Southeast 13th Street
Fort Lauderdale, FL 33316
Phone: (954) 763-5020
Facsimile: (954) 763-5412
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 28th day of April, 2016.

By: */s/ Kristen M. Susik*

## SERVICE LIST

Christopher R. Fertig (FBN 218421)
Chris.fertig@fertig.com
Kristen M. Susik (FBN 117974)
Kristen.susik@fertig.com
FERTIG AND GRAMLING
200 Southeast 13th Street
Fort Lauderdale, FL 33316
Phone: (954) 763-5020
Facsimile: (954) 763-5412
*Attorneys for Plaintiff*

Barry P. Gruher (FBN 960993)
bgruher@gjb-law.com
Benjamin P. Bean (FBN 72984)
bbean@gjb-law.com
GENOVESE, JOBLOVE & BATTISTA, P.A.
200 E. Broward Blvd. Suite 1110
Ft. Lauderdale, Florida 33301
Telephone: (954) 453-8037
Facsimile: (954) 331-2909
*Attorneys for Defendant*