UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20970-Civ-COOKE/TORRES

HYDED TRADING CORP.,

    Plaintiff,

vs.

YACHTBRASIL MOTOR BOATS &
CHARTERS LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Notice Vol. Dismissal of Claims, ECF No. 13. Each party shall bear her or its own costs and attorney's fees.

The Clerk is directed to **CLOSE** this matter. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 24th day of May 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*